**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000394
18-NOV-2015
10:18 AM**

NO. CAAP-15-0000394

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
KAINOA GUADIZ FERREIRA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 13-1-1695)

ORDER APPROVING THE NOVEMBER 3, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (Stipulation), filed November 3, 2015, by Defendant-Appellant Kainoa Guadiz Ferreira (Appellant), the papers in support, and the record, it appears that (1) the appeal was docketed May 22, 2015; (2) Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) and (c) authorize the court to dismiss a docketed criminal appeal upon a stipulation; (3) the parties seek to dismiss this appeal by stipulation; (4) the Stipulation includes Appellant's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 18, 2015.


Chief Judge

Associate Judge

Associate Judge